

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00003-CR

David **LUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1176-CR-B
Honorable Gary L. Steel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, we MODIFY the trial court's written judgment as follows:

- We delete the assessment of court-appointed attorney's fees against appellant David Luna; and

- Under the heading "Plea to Motion to Revoke," we delete "TRUE" and MODIFY the Judgment to state "NOT TRUE."

We AFFIRM the trial court's judgment as modified. Counsel's motion to withdraw is GRANTED.

SIGNED February 2, 2022.

_____
Irene Rios, Justice